# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                  4:08CR00437-1 JTR

SARAH GATES

## ORDER

The Government has filed a Motion requesting dismissal of its Petty Offense Information charging Defendant with failing to pay the admission/use fee for a site in the Spring Lake recreation area, in violation of 36 C.F.R. § 261.15. (Docket entry #9.) According to the Government, the summons in this case has been returned unexecuted, and therefore leave to dismiss is appropriate.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and General Order 52 of the Eastern District of Arkansas, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #9) is GRANTED.

Dated this 18th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE